UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| INTE SECURITIES, LLC,<br>　　　　　　　　　　Petitioner,<br><br>v.<br><br>SKYBELL TECHNOLOGIES, INC.,<br>　　　　　　　　　　Respondent. | Case No. 1:23-cv-3241<br><br>**RULE 7.1 CORPORATE DISCLOSURE STATEMENT** |

Pursuant to Rule 7.1, the undersigned counsel for Petitioner INTE Securities, LLC states:

**Part I**
Identify any corporate affiliates, subsidiaries, and/or parent corporation and any publicly held corporation owning 10% or more of the stock of any non-governmental corporate party or intervenor.  If there are no such corporations, the form shall so state.

No corporation owns 10% or more of the stock or membership interests in the Petitioner.

**Part II**
Name and identify the citizenship of every individual or entity whose citizenship is attributed to that party or intervenor for purposes of establishing jurisdiction based upon diversity of citizenship (note: citizenship of an LLC is the citizenship of each of its members).

Petitioner is organized under the laws of the State of Florida; its principal place of business is in

Florida; and the citizenship of each of its members is as follows:

Howard Spindel and Shelley Spindel
Domicile: 10217 Spyglass Way, Boca Raton, FL 33498

Michael Stupay and Shelley Stupay
Domicile: 2 Fernwood Road, Warren, NJ 07059

Fredric Obsbaum
Domicile: 110 Houston Road, Little Falls, NJ 07424

Dated: New York, New York
　　　　April 18, 2023

AMINI LLC

/s/ Jeffrey Chubak
Bijan Amini
Jeffrey Chubak
131 West 35th Street
12th Floor
New York, New York 10001
(212) 490-4700
bamini@aminillc.com
jchubak@aminillc.com
Attorneys for Petitioner