UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| INTE SECURITIES, LLC, | Case No. 1:23-cv-03241 (KPF) |
| Petitioner, | |
| v. | **DECLARATION OF JEFFREY CHUBAK IN SUPPORT** |
| SKYBELL TECHNOLOGIES, INC., | |
| Respondent. | |

Jeffrey Chubak hereby declares:

1. I am attorney with Amini LLC, attorneys for Petitioner INTE Securities LLC, and submit this declaration in support of its petition to confirm the Final Award.

2. Annexed hereto as exhibits are true and correct copies of the following documents:

| **Exhibit No.** | **Document Description** |
|---|---|
| 1 | Final Award issued April 5, 2023 |
| 2 | FINRA BrokerCheck Report for Petitioner[1] |
| 3 | Florida Limited Liability Company Annual Report for Petitioner |
| 4 | Nevada Secretary of State Webpage for Respondent |
| 5 | California Statement of Information Corporation for Respondent |
| 6 | Demand for Arbitration |
| 7 | Investment Advisory and Investment Banking Agreement dated December 21, 2018 |

I declare under penalty of perjury that the foregoing is true and correct. Executed on April 19, 2023.

/s/ Jeffrey Chubak

---

[1] Exhibit 2 is the summary report from https://brokercheck.finra.org/firm/summary/47107.
The linked "detailed report" can be viewed at https://files.brokercheck.finra.org/firm/firm_47107.pdf.