

**COMMERCIAL ARBITRATION RULES
DEMAND FOR ARBITRATION**

| | |
|---|---|
| **Mediation:** If you would like the AAA to contact the other parties and attempt to arrange a mediation, please check this box ☐. There is no additional administrative fee for this service. | |
| You are hereby notified that a copy of our arbitration agreement and this demand are being filed with the American Arbitration Association with a request that it commence administration of the arbitration. The AAA will provide notice of your opportunity to file an answering statement. | |
| Name of Respondent: Skybell Technologies, Inc. | |
| Address: 1 Jenner, Suite 100 | |

| City: Irvine | State: California | Zip Code: 92618 |
|---|---|---|
| Phone No.: (407) 856-2637 | Fax No.: | |

| | |
|---|---|
| Email Address: ronald.garriques@skybell.com | |
| Name of Representative (if known): | |
| Name of Firm (if applicable): | |
| Representative's Address: | |

| City: | State: Select… | Zip Code: |
|---|---|---|
| Phone No.: | Fax No.: | |

| |
|---|
| Email Address: |
| The named claimant, a party to an arbitration agreement which provides for arbitration under the Commercial Arbitration Rules of the American Arbitration Association, hereby demands arbitration. |
| Brief Description of the Dispute:<br><br>Breach of contract.  See attached statement of claim. |
| Dollar Amount of Claim: $ $250,000 |
| Other Relief Sought: ☒ Attorneys Fees  ☒ Interest  ☒ Arbitration Costs  ☐ Punitive/Exemplary<br>☐ Other: |
| Amount enclosed: $ 2,900<br>In accordance with Fee Schedule: ☐ Flexible Fee Schedule  ☒ Standard Fee Schedule |
| Please describe the qualifications you seek for arbitrator(s) to be appointed to hear this dispute: |
| Hearing locale: New York City<br>*(check one)* ☐ Requested by Claimant  ☒ Locale provision included in the contract |

*Please visit our website at www.adr.org/support to file this case online.*
*AAA Customer Service can be reached at 800-778-7879.*



**COMMERCIAL ARBITRATION RULES
DEMAND FOR ARBITRATION**

| | |
|---|---|
| Estimated time needed for hearings overall: 2 | hours or___ days |

Type of Business:
Claimant: Investment banking, investment advisory services    Respondent: Home security

Are any parties to this arbitration, or their controlling shareholder or parent company, from different countries than each other?
No

Signature (may be signed by a representative): [signature]    Date: 9/9/22

Name of Claimant: INTE Securities, LLC and Nathan Low

Address (to be used in connection with this case): 152 West 57th Street, 19th Floor

| City: New York | State: New York | Zip Code: 10019 |
|---|---|---|
| Phone No.: (212) 421-1616 | Fax No.: | |

Email Address: nathan@sunrisecorp.com

Name of Representative: Jeffrey Chubak

Name of Firm (if applicable): Amini LLC

Representative's Address: 131 West 35th Street

| City: New York | State: New York | Zip Code: 10001 |
|---|---|---|
| Phone No.: (212) 490-4700 | Fax No.: | |

Email Address: jchubak@aminillc.com

To begin proceedings, **please file online at www.adr.org/fileonline**. You will need to upload a copy of this Demand and the Arbitration Agreement, and pay the appropriate fee.