UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| INTE SECURITIES, LLC,<br><br>                    Petitioner,<br><br>            -v.-<br><br>SKYBELL TECHNOLOGIES, INC.,<br><br>                    Respondent. | 23 Civ. 3241 (KPF)<br><br>**ORDER** |

KATHERINE POLK FAILLA, District Judge:

On April 18, 2023, Petitioner filed a petition to confirm an arbitration award. (Dkt. #1). Proceedings to confirm an arbitration award must be "treated as akin to a motion for summary judgment." *D.H. Blair & Co., Inc.* v. *Gottdiener*, 462 F.3d 95, 109 (2d Cir. 2006). Accordingly, it is hereby ORDERED that Petitioner shall move for confirmation of the arbitral award in the form of a motion for summary judgment — in accordance with Rule 56 of the Federal Rules of Civil Procedure and Local Rule 56.1 of the Southern District of New York — by **May 31, 2023**. Respondent's opposition, if any, is due on **June 28, 2023**. Petitioner's reply, if any, is due **July 12, 2023**.

    SO ORDERED.

Dated:  April 19, 2023
        New York, New York

                                        *Katherine Polk Failla*
                                        ──────────────────────────
                                         KATHERINE POLK FAILLA
                                         United States District Judge