UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| INTE SECURITIES, LLC,<br>                            Petitioner,<br>v.<br><br>SKYBELL TECHNOLOGIES, INC.,<br>                            Respondent. | Case No. 1:23-cv-03241 (KPF)<br><br>**AFFIDAVIT OF SERVICE** |

STATE OF NEW JERSEY    )
                                   ) ss.:
COUNTY OF UNION       )

Brandon Hicks, being duly sworn, deposes and says:

1. Deponent is not a party to this case, is over 18 years of age and resides in Springfield, New Jersey.

2. On April 24, 2023, deponent served the following-described papers upon the persons listed in Paragraph 4:

   (a) Petition to Confirm Arbitration Award (ECF Doc. #1), Civil Cover Sheet (ECF Doc. #3), Corporate Disclosure Statement (ECF Doc. #4), filed April 18, 2023.

   (b) Summons (ECF Doc. #6), Declaration of Jeffrey Chubak in Support (ECF Doc. #7), together with Exhibits 1-7 thereto (ECF Doc. #7-1, 7-2, 7-3, 7-4, 7-5, 7-6 and 7-7), and Order (ECF Doc. #8), filed April 19, 2023.

3. The method of service on each person listed in Paragraph 4 was certified mail, return receipt requested.

4. The name of the persons served and the addresses at which service was made are as follows:

| | |
|---|---|
| Skybell Technologies, Inc.<br>Attn: Ron Garriques, CEO<br>1 Jenner<br>Suite 100<br>Irvine, CA 92618 | Skybell Technologies, Inc.<br>Attn: Ron Garriques, CEO<br>c/o United States Corporation Agents, Inc.<br>500 N. Rainbow Boulevard<br>Suite 300A<br>Las Vegas, NV 89107 |

_____
Brandon Hicks

Sworn and subscribed before me this 25th day of April, 2023

_____
Notary Public

ALLISON M JIMENEZ
Notary Public, State of New Jersey
My Commission Expires Feb 6, 2028



# USPS Tracking®

FAQs >

Remove ✕

**Tracking Number:**

# 70223330000197022137

Copy          Add to Informed Delivery (https://informeddelivery.usps.com/)

**Latest Update**

Your item was delivered to an individual at the address at 11:13 am on May 1, 2023 in IRVINE, CA 92618.

**Get More Out of USPS Tracking:**

   USPS Tracking Plus®

**Delivered**
**Delivered, Left with Individual**
IRVINE, CA 92618
May 1, 2023, 11:13 am

See All Tracking History

Feedback

**Text & Email Updates**                                                              ⌄

**USPS Tracking Plus®**                                                                ⌄

**Product Information**                                                                ⌄

            See Less ⌃

Remove ✕

**Tracking Number:**

# 70223330000197022144

Copy          Add to Informed Delivery (https://informeddelivery.usps.com/)

**Latest Update**

Your item has been delivered to an agent for final delivery in LAS VEGAS, NV 89107 on May 8, 2023 at 2:25 pm.

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

**Delivered to Agent**
**Delivered to Agent for Final Delivery**

LAS VEGAS, NV 89107
May 8, 2023, 2:25 pm

See All Tracking History

See More ˅

Track Another Package

Enter tracking or barcode numbers

## Need More Help?

Contact USPS Tracking support for further assistance.

FAQs