| U.S. Department of Justice | PROCESS RECEIPT AND RETURN |
| United States Marshals Service | *See "Instructions for Service of Process by U.S. Marshal"* |

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| INTE Securities, LLC | 1:23-cv-03241 |
| DEFENDANT | TYPE OF PROCESS |
| Skybell Technologies, Inc. | Summons and Petition, Court Order |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Skybell Technologies, Inc.
ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*
1 Jenner, Suite 100, Irvine, CA 92618

| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW | |
|---|---|
| Amini LLC<br>Attn: Jeffrey Chubak<br>131 West 35th Street, 12th Floor<br>New York, NY 10001 | Number of process to be served with this Form 285: 1<br>Number of parties to be served in this case: 1<br>Check for service on U.S.A. |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):*
Business address: 1 Jenner, Suite 100, Irvine, CA 92618
Tel: (888) 423-9194

| Signature of Attorney other Originator requesting service on behalf of: | ☒ PLAINTIFF<br>☐ DEFENDANT | TELEPHONE NUMBER | DATE |
|---|---|---|---|
| Jeffrey Chubak | | (212) 497-8247 | 4/28/2023 |

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. *(Sign only for USM 285 if more than one USM 285 is submitted)* | Total Process | District of Origin<br>No. 054 | District to Serve<br>No. 12 | Signature of Authorized USMS Deputy or Clerk | Date<br>5/9/2023 |
|---|---|---|---|---|---|
| | 1 | | | | |

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☒ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

| Name and title of individual served (if not shown above) | Date | Time | |
|---|---|---|---|
| DESIREE MEJIA - CHIEF OPERATING OFFICER | 5/11/2023 | 1142 | ☒ am ☐ pm |

Address *(complete only different than shown above)*

Signature of U.S. Marshal or Deputy
3818

*Costs shown on attached USMS Cost Sheet >>*

**REMARKS**

DUSMS: 1
DUSM HOURS: 2
R/T MILEAGE: 86

Form USM-285
Rev. 03/21

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:23-cv-03241

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* SKYBELL TECHNOLOGIES, INC
was received by me on *(date)* 5/10/2023 .

☒ I personally served the summons on the individual at *(place)* SKYBELL TECHNOLOGIES INC - CHIEF OPERATING OFFICER DESIREE MESIA on *(date)* 5/11/2023 ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____; or

☐ I returned the summons unexecuted because _____; or

☐ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 5/11/2023

*Server's signature*

MICHAEL PICOU, SDYSM
*Printed name and title*

350 W. 1st ST., Los Angeles, CA 90012
*Server's address*

Additional information regarding attempted service, etc: