UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| INTE SECURITIES, LLC,<br>　　　　　　　　　　Petitioner,<br><br>v.<br><br>SKYBELL TECHNOLOGIES, INC.,<br>　　　　　　　　　　Respondent. | Case No. 1:23-cv-03241 (KPF)<br><br>**NOTICE OF MOTION FOR SUMMARY JUDGMENT** |

  PLEASE TAKE NOTICE, upon the Declaration of Jeffrey Chubak in Support, the exhibits annexed thereto, the Memorandum of Law in Support and Rule 56.1 Statement of Material Facts, each dated May 25, 2023, Petitioner INTE Securities, LLC moves for summary judgment confirming the arbitration award issued April 5, 2023, entering a money judgment thereon and granting such other and further relief as the Court deems just and proper.

  PLEASE TAKE FURTHER NOTICE, that pursuant to the Order entered April 19, 2023 (ECF Doc. #8), opposition papers must be served by June 28, 2023.

Dated: New York, New York
   May 25, 2023

AMINI LLC

/s/ Jeffrey Chubak
Bijan Amini
Jeffrey Chubak
131 West 35th Street
12th Floor
New York, New York 10001
(212) 490-4700
bamini@aminillc.com
jchubak@aminillc.com
Attorneys for Petitioner