UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| INTE SECURITIES, LLC,<br>                               Petitioner,<br>v.<br>SKYBELL TECHNOLOGIES, INC.,<br>                               Respondent. | Case No. 1:23-cv-03241 (KPF)<br><br>**CERTIFICATE OF SERVICE** |

Claire Hardek hereby certifies:

1. I am a summer intern with the firm Amini LLC, counsel for the above-named Petitioner. I am not a party to this case, am over 18 years of age and reside in Caldwell, New Jersey.

2. On May 30, 2023, I served the following-described papers upon the persons listed in Paragraph 4: Notice of Motion for Summary Judgment (ECF Doc. #13), Rule 56.1 Statement (ECF Doc. #14), Memorandum of Law in Support (ECF Doc. #15) and Declaration of Jeffrey Chubak in Support (ECF Doc. #16), together with Exhibits 1-20 thereto (ECF Doc. #16-1 through ECF Doc. #16-20), all filed May 25, 2023.

3. The method of service on each person listed in Paragraph 4 was first class mail and email.

4. The name of the persons served and the addresses at which service was made are as follows:

| First Class Mail | Email |
|---|---|
| Skybell Technologies, Inc.<br>Attn: Ron Garriques, CEO<br>1 Jenner<br>Suite 100<br>Irvine, CA 92618<br><br>Skybell Technologies, Inc.<br>Attn: Ron Garriques, CEO<br>c/o United States Corporation Agents, Inc.<br>500 N. Rainbow Boulevard<br>Suite 300A<br>Las Vegas, NV 89107 | Tab Rosenfeld tab@rosenfeldlaw.com<br>Steven Kaplan steve@rosenfeldlaw.com<br>Robert Staroselsky rs@rosenfeldlaw.com |

I hereby certify under penalty of perjury that the foregoing is true and correct. Executed on May 30, 2023.

*/s/ Claire Hardek*
Claire Hardek