UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| INTE SECURITIES, LLC, |
|---|
| Petitioner, |
| v. |
| SKYBELL TECHNOLOGIES, INC., |
| Respondent. |

Case No. 1:23-cv-03241 (KPF)

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK       )
                        ) ss.:
COUNTY OF KINGS         )

Rebecca Bihn-Wallace, being duly sworn, deposes and says:

1. Deponent is not a party to this case, is over 18 years of age and resides in Kings County.

2. On September 26, 2023, deponent served the following-described papers upon the persons listed in ¶4: memo-endorsed letter, so ordered September 25, 2023 (ECF Doc. #19).

3. The method of service was first-class mail and email as indicated in ¶4.

4. The name of the persons served and the addresses at which service was made are as follows:

| First Class Mail | Email |
|---|---|
| Skybell Technologies, Inc.<br>Attn: Ron Garriques, CEO<br>1 Jenner<br>Suite 100<br>Irvine, CA 92618 | Counsel of record for Skybell Technologies, Inc. in *OCI Limited v. Skybell Technologies Inc. et al.*, N.Y. Sup. Ct. Index No. 653171/2023<br>Tab Rosenfeld tab@rosenfeldlaw.com<br>Steven Kaplan steve@rosenfeldlaw.com<br>Robert Staroselsky rs@rosenfeldlaw.com |
| Skybell Technologies, Inc.<br>Attn: Ron Garriques, CEO<br>c/o United States Corporation Agents, Inc.<br>500 N. Rainbow Boulevard<br>Suite 300A<br>Las Vegas, NV 89107 | Counsel of record for Skybell Technologies, Inc. in *AKF, Inc. d/b/a FundKite v. Skybell Technologies Inc. et al.*, N.Y. Sup. Ct. Index No. 653171/2023 and App. Div. 1st Dep't Case No. 2023-03495<br>Elie Brandon Gold eliebrandongold@gmail.com |

_____
Rebecca Bihn-Wallace

Sworn and subscribed before me this ___ day of September, 27 2023

_____
Notary Public

BIJAN AMINI
Notary Public, State of New York
No. 02AM4865670
Qualified in Dutchess County
Commission Expires January 9, 2027