# AMINI LLC

Jeffrey Chubak                                                                              212.497.8247
MEMBER NY & NJ BARS                                                              jchubak@aminillc.com

October 23, 2023

**By ECF and Email**

Hon. Katherine Polk Failla
U.S. District Court for the Southern District of New York
40 Foley Square, Room 2103
New York, NY 10007
Failla_NYSDChambers@nysd.uscourts.gov

Re: INTE Securities, LLC v. Skybell Technologies, Inc., Case No. 1:23-cv-03241

Dear Judge Failla:

We represent the petitioner herein.  A premotion conference was held 10/6/23, attended by me and
respondent's counsel.  At the conference respondent's counsel asked for two weeks to negotiate a
settlement, and the Court directed respondent (minute entry of same day) to "submit a status update
letter in two weeks."  Two weeks have now passed, with no settlement reached and respondent not
having submitted any letter.  We accordingly write to seek leave to make a CPLR 5229 motion, or
alternatively reconvene and conclude the premotion conference.

We thank the Court for its attention to this,

/s/ Jeffrey Chubak

Jeffrey Chubak

cc: Elie Gold, counsel for respondent