# VINK & GOLD, PLLC

October 24, 2023

<u>Via ECF and Email</u>
Hon. Katherine Polk Failla
U.S. District Court for the Southern District of New York
40 Foley Square, Room 2103
New York, NY 10007

                          Re:    INTE Securities, LLC v. Skybell Technologies, Inc.; 1:23-cv-03241
                                  <u>Status Update</u>

Dear Judge Failla:

       This firm represents Respondent Skybell Technologies, Inc. I am writing to update the Court as to the status of this matter.

       The parties have not yet reached a resolution, but I remain confident a settlement is within grasp – quite frankly, in light of Respondent's offer it simply does not make sense to proceed with litigation. I therefore think a few more days to continue the conversation would be beneficial, and failing that, referral of the parties to mediation.

       In the event Petitioner simply does not want to resolve this matter, Respondent would like an opportunity to oppose both the petition and Petitioner's CPLR 5229 request. While I will need an opportunity to review the Petition more carefully to determine Respondent's defense to the petition, I can already articulate multiple reasons the CPLR 5229 request should be denied.

       If the Court would like to schedule a follow-up conference for further discussion, I will of course, be available.

       Thank you for your attention to this matter.

                                         Respectfully,

                                         VINK & GOLD, PLLC

                                         Elie B. Gold