November 15, 2023

**<u>By ECF and Email</u>**

Hon. Katherine Polk Failla
U.S. District Court for the Southern District of New York
40 Foley Square, Room 2103
New York, NY 10007
Failla_NYSDChambers@nysd.uscourts.gov

Re: <u>INTE Securities, LLC v. Skybell Technologies, Inc.</u>, Case No. 1:23-cv-03241

Dear Judge Failla:

We represent the parties herein and write to jointly update the Court regarding this matter.  We are pleased to report that the parties have reached an agreement providing for payment on or before November 30, 2023.  We respectfully ask that the Court adjourn this matter to a control-date in December for the purpose of discontinuing this action upon compliance with the agreement.

We thank the Court for its attention to this matter.

Respectfully,

/s/ Elie Gold

/s/ Jeffrey Chubak