# AMINI LLC

**Jeffrey Chubak**  
MEMBER NY & NJ BARS

212.497.8247  
jchubak@aminillc.com

December 1, 2023

**By ECF**

Hon. Katherine Polk Failla  
U.S. District Court for the Southern District of New York  
40 Foley Square, Room 2103  
New York, NY 10007

Re:   INTE Securities, LLC v. Skybell Technologies, Inc., Case No. 1:23-cv-03241 (KPF)  
       Letter-Motion to Reopen Case

Dear Judge Failla:

On November 17, 2023, the Court entered an Order of Discontinuance (ECF Doc. #28) conditionally discontinuing this case, based on respondent's letter (ECF Doc. #27) advising that a settlement had been reached. A copy of the two-page settlement agreement is attached. It provides (Section 1) that the settlement is void if $250,000 is not paid to Amini LLC's IOLA account by November 30, 2023. We write to advise that said payment has <u>not</u> been made, and that the settlement is accordingly void; and to request that the Court reopen this case and reinstate it to the Court's active docket, and schedule a conference, in accordance with the Order, at the Court's earliest convenience.

We thank the Court for its attention to this,

/s/ Jeffrey Chubak

cc: Elie Gold