UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

INTE SECURITIES, LLC,

                          Petitioner,

                -v.-

SKYBELL TECHNOLOGIES, INC.,

                          Respondent.

23 Civ. 3241 (KPF)

**ORDER**

KATHERINE POLK FAILLA, District Judge:

On November 17, 2023, following receipt of the parties' notice of settlement (Dkt. #27), the Court ordered that this action be conditionally discontinued without prejudice and without costs (Dkt. #28). Petitioner was permitted to apply by letter within forty-five days of the date of the November 17, 2023 Order for restoration of this action to the active calendar of the Court in the event that the settlement was not consummated. (*See id.*). On December 1, 2023, Petitioner filed a letter motion to reopen the case, indicating that Respondent had failed to comply with the parties' settlement agreement, and that such agreement was therefore void. (Dkt. #29).

Respondent is hereby ORDERED to file a response to Petitioner's December 1, 2023 letter motion on or before **December 20, 2023**. Absent such response, the Court will consider Petitioner's motion unopposed.

SO ORDERED.

Dated:   December 14, 2023
         New York, New York

                                   KATHERINE POLK FAILLA
                                   United States District Judge