UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| INTE SECURITIES, LLC,<br><br>                               Petitioner,<br><br>                 -v.-<br><br>SKYBELL TECHNOLOGIES, INC.,<br><br>                               Respondent. | 23 Civ. 3241 (KPF)<br><br>**ORDER** |

KATHERINE POLK FAILLA, District Judge:

On November 17, 2023, following receipt of the parties' notice of settlement (Dkt. #27), the Court ordered that this action be conditionally discontinued without prejudice and without costs (Dkt. #28). Petitioner was permitted to apply by letter within forty-five days of the date of the November 17, 2023 Order for restoration of this action to the active calendar of the Court in the event that the settlement was not consummated. (*See id.*). On December 1, 2023, Petitioner filed a letter motion to reopen the case, indicating that Respondent had failed to comply with the parties' settlement agreement, and that such agreement was therefore void. (Dkt. #29). On December 14, 2023, the Court ordered Respondent to file a response to Petitioner's December 1, 2023 letter motion on or before December 20, 2023. (Dkt. #30). As of the date of this Order, no response has been filed.

Accordingly, the parties are hereby ORDERED to appear for a telephone conference regarding Petitioner's letter motion to reopen this case on **January 10, 2024**, at **11:00 a.m.** The dial-in information is as follows: **At 11:00 a.m.**

the parties shall call (888) 363-4749 and enter access code 5123533.  Please note, the conference will not be available prior to **11:00 a.m.**

    SO ORDERED.

Dated:   December 29, 2023
           New York, New York

KATHERINE POLK FAILLA
United States District Judge