UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| INTE SECURITIES, LLC,<br><br>                         Petitioner,<br>v.<br>SKYBELL TECHNOLOGIES, INC.,<br>                         Respondent. | 23-cv-03241 (KPF)<br><br>**JUDGMENT** |

For reasons set forth in the Opinion and Order entered February 23, 2024 (ECF Doc. #32), it is hereby:

ORDERED, ADJUDGED and DECREED, that judgment is hereby entered in favor of petitioner INTE Securities, LLC and against respondent Skybell Technologies, Inc. in the amount of $322,335.92, plus pre-judgment interest from April 5, 2023 at the rate of 9% per annum in the amount of $25,751.55, for a total judgment in the amount of $348,087.47; that post-judgment interest shall accrue on the total judgment amount at the rate prescribed by 28 U.S.C. § 1961; and that petitioner shall have execution therefor.

Dated:  February 23, 2024
         New York, New York

_____
    The Honorable Katherine Polk Failla
      United States District Judge